# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0365
LT Case No. 2021-DP-000117

_____

K.A., MOTHER OF E.A., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Shannon Lynette Reynolds, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

June 5, 2024


PER CURIAM.

    AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____